UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-80706-RAR

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

PRAXSYN CORPORATION
and FRANK J. BRADY,

      Defendants.
_____/

## FINAL JUDGMENT AGAINST DEFENDANT PRAXSYN CORPORATION

The Securities and Exchange Commission having filed a Complaint and Defendant Praxsyn Corporation ("Praxsyn" or "the Company") having: entered a general appearance; consented to the Court's jurisdiction over it and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except for personal and subject matter jurisdiction, which Praxsyn admits); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Praxsyn is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Exchange Act (15 U.S.C. § 78j(b)) and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5), by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

  (a)  to employ any device, scheme, or artifice to defraud;

  (b)  to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

  (c)  to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person,

with respect to: (i) the prospects for success of any product or company; or (ii) making any false or misleading statement, or disseminating any false or misleading documents, materials, or information, concerning matters related to a company's business or to a decision by an investor or prospective investor to buy or sell securities of any company.

  2.  As provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Praxsyn's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Praxsyn or with anyone described in (a).

  3.  Praxsyn shall pay a civil penalty in the amount of $50,000 to the Securities and Exchange Commission pursuant to Section 21(d) of the Exchange Act (15 U.S.C. § 78u(d)) within 30 days of entry of this Final Judgment. Praxsyn may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Praxsyn may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>HQ Bldg., Room 181, AMZ-341
>Oklahoma City, OK  73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Praxsyn's name as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Praxsyn shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action, Robert K. Levenson, Securities and Exchange Commission, 801 Brickell Avenue, Suite 1950, Miami, FL, 33131.  By making these payments, Praxsyn relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to him.  The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.  Praxsyn shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

4.   This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of August, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**